IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLY G. FRANCOWIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:04cv1147** |
| v. | ) | **Electronic Filing** |
| | ) | |
| JO ANNE B. BARNHART, | ) | Judge David Stewart Cercone/ |
| COMMISSIONER, SOCIAL SECURITY | ) | Magistrate Judge Amy Reynolds Hay |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 27ᵗʰ day of September, 2005, after the plaintiff, Lilly G.

Francowic, filed an action in the above-captioned case, and after Motions for Summary Judgment

were submitted, and after a Report and Recommendation was filed by the United States

Magistrate Judge granting the parties ten days after being served with a copy to file written

objections thereto, and no objections having been filed, and upon independent review of the

motions and the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion for Summary Judgment filed by Plaintiff is

DENIED;

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by

Defendant is GRANTED;

IT IS FURTHER ORDERED that the decision of the Commissioner denying

Plaintiff's application for disability insurance benefits and supplemental security income is

affirmed;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order, she must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


_____

DAVID STEWART CERCONE
United States District Judge


cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Barbara J. Artuso, Esquire
        Quatrini, Rafferty & Galloway
        560 East Pittsburgh Street
        Greensburg, PA 15601

        Rebecca Ross Haywood, AUSA